# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ROBERT BASS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**MACIE KLUBA, EXPRESS TOGO, GT EXPEDITED, INC., ARCH INSURANCE COMPANY AND ABC CORPORATION,**<br><br>    **Defendants.** | **CIVIL ACTION FILE NO.**<br>**1:19-CV-00713-SCJ** |

## STIPULATION OF DISMISSAL

COME NOW, the parties in the above-styled civil action, and hereby stipulate and agree to dismissal of the above-styled case WITH PREJUDICE. The parties shall bear their own costs.

Respectfully submitted this 12th day of September, 2019.

| | |
|---|---|
| **MONGE & ASSOCIATES** | **HALL BOOTH SMITH, P.C.** |
| */s/ Kristina Ducos* | */s/ Sean B. Cox* |
| *(signed with express permission)* | SCOTT H. MOULTON |
| KRISTINA DUCOS | Georgia State Bar No. 974237 |
| Georgia State Bar No. 440149 | SEAN B. COX |
| *Attorney for Plaintiff* | Georgia State Bar No. 664108 |

1

*Attorneys for Defendants*

8205 Dunwoody Place, Building 19
Atlanta, GA 30350
T: 800.899.5750
kristinad@monge.lawyer

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ROBERT BASS,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**MACIE KLUBA, EXPRESS TOGO, GT EXPEDITED, INC., ARCH INSURANCE COMPANY AND ABC CORPORATION,**<br><br>   **Defendants.** | **CIVIL ACTION FILE NO.**<br>**1:19-CV-00713-SCJ** |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this ***STIPULATION OF DISMISSAL*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Kristina Ducos
Monge & Associates
8205 Dunwoody Place, Building 19
Atlanta, GA 30350

Respectfully submitted this 12th day of September, 2019.

[SIGNATURE PAGE FOLLOWS]

                        **HALL BOOTH SMITH, P.C.**

                        */s/ Sean B. Box*
                        SCOTT H. MOULTON
                        Georgia State Bar No. 974237
                        SEAN B. COX
                        Georgia State Bar No. 664108
                        *Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com